1
2
3
4
5
6
7
8                        United States District Court
9                        Eastern District of California
10
11
12  Andrew Otton, Jr.,
13          Petitioner,          No. Civ. S 05-2021 MCE PAN P
14      vs.                      Findings and Recommendations
15  Arnold Schwarzenegger,
16          Respondent.
17                          -oOo-
18      Petitioner seeks leave to proceed in forma pauperis in a
19  habeas corpus action.  A habeas petitioner must either pay a
20  $5.00 filing fee or submit an affidavit showing he or she is
21  unable to pay or give security for the fee.  28 U.S.C. § 1915(a).
22      Petitioner's in forma pauperis affidavit shows he currently
23  is employed.  His average monthly balance over the last six
24  months was $199.43 and his average monthly deposits over the last
25  six months were $67.05.  Petitioner has failed to show he is
26  ///

1  unable to pay the filing fee.  Alexander v. Carson Adult High

2  School, 9 F.3d 1448 (9th Cir. 1993).

3       Accordingly, the court hereby recommends petitioner's motion

4  to proceed in forma pauperis be denied and he be required to

5  submit the $5.00 filing fee.

6       Pursuant to the provisions of 28 U.S.C. § 636(b)(l), these

7  findings and recommendations are submitted to the United States

8  District Judge assigned to this case.  Written objections may be

9  filed within 20 days of service of these findings and

10 recommendations.  The document should be captioned "Objections to

11 Magistrate Judge's Findings and Recommendations."  The district

12 judge may accept, reject, or modify these findings and

13 recommendations in whole or in part.

14      Dated:  November 22, 2005.

15                          /s/ Peter A. Nowinski
                            PETER A. NOWINSKI
16                          Magistrate Judge

17

18

19

20

21

22

23

24

25

26