United States District Court

Eastern District of California

| | |
|---|---|
| Andrew Otton, Jr., | |
|     Petitioner, | No. Civ. S 05-2021 MCE PAN P |
|   vs. | Order |
| Arnold Schwartzenegger, | |
|     Respondent. | |

-oOo-

Petitioner, a state prisoner proceeding without counsel, seeks a writ of habeas corpus. See 28 U.S.C. § 2254. Petitioner has paid the filing fee. Accordingly, findings and recommendations issued November 23, 2005, are vacated. Petitioner's application to proceed in forma pauperis is deemed withdrawn.

A judge "entertaining an application for a writ of habeas corpus shall forthwith award the writ or issue an order directing the respondent to show cause why the writ should not be granted,

1  unless it appears from the application that the applicant or
2  person detained is not entitled thereto."  28 U.S.C. § 2243.
3  Petitioner may be entitled to relief.
4      I therefore direct respondent to respond to petitioner's
5  application within 60 days from the date of this order.  <u>See</u> Rule
6  4, Fed. R. Governing § 2254 Cases.  An answer shall be
7  accompanied by any and all transcripts or other documents
8  relevant to the determination of the issues presented in the
9  application.  <u>See</u> Rule 5, Fed. R. Governing § 2254 Cases.
10 Petitioner's reply, if any, shall be filed and served within 30
11 days of service of an answer.  If the response to petitioner's
12 application is a motion, petitioner's opposition or statement of
13 non-opposition shall be filed and served within 30 days of
14 service of the motion, and respondents' reply, if any, shall be
15 filed within 15 days thereafter.  The Clerk of the Court shall
16 serve a copy of this order together with a copy of petitioner's
17 October 6, 2005, petition for a writ of habeas corpus pursuant to
18 28 U.S.C. § 2254 on Jo Graves, Attorney General for the State of
19 California.
20     Dated:  January 5, 2006.

<u>/s/ Peter A. Nowinski</u>
PETER A. NOWINSKI
Magistrate Judge