IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ANDREW OTTON, JR.,<br><br>                              Petitioner,<br><br>    v.<br><br>ARNOLD SCHWARTZENEGGER,<br><br>                              Respondent. | CIV S-05-2021 MCE EFB<br><br>**ORDER** |

      Petitioner is a state prisoner proceeding pro se and in forma pauperis with an application for a writ of habeas corpus pursuant to 42 U.S.C. § 1983. On April 19, 2007, respondent filed a request for an extension of time within which to file an answer. Good cause appearing, respondent's motion for an extension of time of thirty days is granted. Respondent may file his answer up to and including May 21, 2007.

Dated:  May 1, 2007.

_/s/ Edmund F. Brennan_
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE