IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDREW OTTON, JR.,

    Petitioner,                      No. CIV S-05-2021 MCE EFB P

    vs.

ARNOLD SCHWARTZENEGGER,

    Respondent.               ORDER

_____/

    Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On June 13, 2007, petitioner requested an extension of time to file and serve a traverse. *See* Fed. R. Civ. P. 6(b).

    Good cause appearing, it is ORDERED that petitioner's June 13, 2007, request is granted and petitioner shall file and serve a traverse on or before July 28, 2007.

Dated: June 28, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE